IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LISA SHAPIRO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:18cv0882 (LO/JFA) |
| v. | ) |
| | ) |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On Friday, May 3, 2019, counsel for the parties appeared before the court and presented argument on plaintiff Lisa Shapiro's motion for sanctions and/or to compel the deposition of defendant John Felix. (Docket nos. 70, 73). Upon consideration of the motion, memorandum in support (Docket nos. 71, 74), opposition (Docket no. 84), and reply (Docket no. 87), and for the reasons stated from the bench, it is hereby

ORDERED that plaintiff's motion for sanctions and/or to compel the deposition of defendant John Felix is granted in part. Defendant Felix shall appear for a deposition either on May 15, 2019 or May 17, 2019, regardless of whether he has retained substitute counsel by the date of the deposition. Defendants shall pay the court reporter fees for the previously scheduled deposition of defendant Felix.

Entered this 3rd day of May, 2019.

/s/
John F. Anderson
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia